427 A.2d 259

Commonwealth v. Lewis, Appellant.

Submitted December 6, 1979.   Henry I. Jacobson, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

WICKERSHAM, J., concurred in the result.

427 A.2d 259

Commonwealth v. Mears, Appellant.

Submitted March 21, 1980.   Anthony Federico, Jr., for appellant;   Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.